UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                              :
                                                    :
NYREE BELTON,                                       :     **ORDER**
        Debtor.                                   :
--------------------------------------------------------------x
NYREE BELTON, Debtor and Plaintiff on               :
behalf of herself and all others similarly          :
situated,                                           :     15 CV 1934 (VB)
        Plaintiff,                                :
                                                    :
v.                                                  :
                                                    :
GE CAPITAL CONSUMER LENDING, INC.                   :
a/k/a GE MONEY BANK,                                :
        Defendant.                                :
--------------------------------------------------------------x
In re:                                              :
                                                    :
KIMBERLY BRUCE,                                     :
        Debtor.                                   :
--------------------------------------------------------------x
KIMBERLY BRUCE, Debtor and Plaintiff on             :
behalf of herself and all others similarly          :
situated,                                           :
       Plaintiff,                                 :     15 CV 3311 (VB)
                                                    :
v.                                                  :
                                                    :
CITIGROUP INC., CITIBANK, N.A., and                 :
CITIBANK (SOUTH DAKOTA), N.A.,                      :
        Defendants.                               :
--------------------------------------------------------------x

      The Mandate of the United States Court of Appeals for the Second Circuit having been filed on July 8, 2020, (Doc. #51 in 15 CV 1934; Doc. #43 in 15 CV 3311), it is HEREBY ORDERED:

1

By July 23, 2020, the parties shall submit a joint letter regarding the status of this case and proposed next steps, including, for example, whether they believe the matter should be remanded to the Bankruptcy Court for further proceedings.

Dated: July 9, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge